**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| RICKEY COLEMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 10 C 2388 |
| | ) | |
| COUNTY OF COOK, a unit of local | ) | Judge Samuel Der-Yeghiayan |
| Government; J.W. FAIRMAN, an | ) | |
| individual, and KIM DAVID GILMORE, | ) | |
| an individual, CHIEF JUDGE OF THE | ) | |
| CIRCUIT COURT OF COOK COUNTY, | ) | |
| ILLINOIS, in his capacity as Superintendant | ) | |
| and EARL DUNLAP, the Transitional | ) | |
| Administrator of the Juvenile Temporary | ) | |
| Detention Center, | ) | |
| Defendants. | ) | |

**MOTION FOR EXTENSION OF TIME**

NOW COME Defendants, County of Cook ("Cook County") and J.W. Fairman, through their attorney, Anita Alvarez, State's Attorney of Cook County, by Lisa M. Meador and Patricia M. Fallon, Assistant State's Attorneys, and hereby move this Honorable Court, pursuant to Federal Rule of Civil Procedure 6(b), for an extension of time in which to answer or otherwise plead to Plaintiff's Second Amended Complaint and, in support of this motion, state as follows:

1.   Plaintiff filed his Complaint in this case on April 18, 2010 in which he named Cook County and J.W. Fairman as Defendants.

2.   On April 22, 2010, Plaintiff filed his Amended Complaint in which he named Kim David Gilmore as an additional Defendant.

3.   On July 27, 2010, Plaintiff filed his Second Amended Complaint in which he named the Chief Judge of the Circuit Court of Cook County, in his capacity as Superintendant of the

1

Juvenile Temporary Detention Center, and Earl Dunlap, the Transitional Administrator of the Juvenile Temporary Detention Center as additional Defendants.

4. Defendants' answer or other pleading is due August 10, 2010.

5. Defendants Cook County and J.W. Fairman are currently represented by the Cook County State's Attorney's Office, specifically Assistant State's Attorneys Patricia M. Fallon and Lisa M. Meador.

6. The Chief Judge of the Circuit Court of Cook County and Earl Dunlap have also requested representation by the Cook County State's Attorney's Office and that representation is currently being reviewed by the Conflicts Unit of the Cook County State's Attorney's Office.

7. However, because the representation of certain parties has not yet been decided, the undersigned counsel requires a short amount of additional time to answer or otherwise plead.

8. The undersigned counsel asks this Court to grant it an additional 14 days, or until August 24, 2010 to answer or otherwise plead to Plaintiff's Second Amended Complaint.

9. The request for an extension is made in good faith and will not prejudice the parties in this matter.

WHEREFORE, Defendants, Cook County and J.W. Fairman, respectfully request that this Honorable Court extend the time for Defendants to answer or otherwise plead to Plaintiff's Second Amended Complaint an additional 14 days, or until August 24, 2010.

    Respectfully submitted,

    **ANITA ALVAREZ**
    State's Attorney of Cook County


    By: /s/ Patricia M. Fallon_____
        Patricia M. Fallon
        Lisa M. Meador
        Assistant State's Attorney

        Cook County State's Attorney's Office
        500 Richard J. Daley Center
        Chicago, Illinois 60602
        (312) 603-7202
        ARDC No. 6275096