# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

Rickey Coleman

                          Plaintiff,

v.                                            Case No.: 1:10–cv–02388
                                                    Honorable Samuel Der–Yeghiayan

County of Cook, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 17, 2010:

      MINUTE entry before Honorable Samuel Der–Yeghiayan: Defendants County of Cook and J. W. Fairman's motion for extension of time to answer or otherwise plead [19] is granted to and including 08/31/10 as to all Defendants. Status hearing set for 09/07/10 at 9:00 a.m. to stand. As previously ordered, parties are directed to file the Court's Joint Initial Status Report prior to the 09/07/10 status hearing. Mailed notice(mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.