THE BOARD OF COMMISSIONERS
TODD H. STROGER
PRESIDENT

EARLEAN COLLINS    1st Dist.    PETER N. SILVESTRI    9th Dist.
ROBERT STEELE    2nd Dist.    MIKE QUIGLEY    10th Dist.
JERRY BUTLER    3rd Dist.    JOHN P. DALEY    11th Dist.
WILLIAM M. BEAVERS    4th Dist.    FORREST CLAYPOOL    12th Dist.
DEBORAH SIMS    5th Dist.    LARRY SUFFREDIN    13th Dist.
JOAN PATRICIA MURPHY    6th Dist.    GREGG GOSLIN    14th Dist.
JOSEPH MARIO MORENO    7th Dist.    TIMOTHY O. SCHNEIDER    15th Dist.
ROBERTO MALDONADO    8th Dist.    ANTHONY J. PERAICA    16th Dist.
   ELIZABETH ANN DOODY GORMAN    17th Dist.

BUREAU OF HUMAN RESOURCES
OF COOK COUNTY

KIM DAVID GILMORE
CHIEF OF HUMAN RESOURCES

County Building
118 North Clark Street
Chicago, Illinois 60602-1304
(312) 603-3300 TEL
(312) 603-5404 FAX
(312) 603-5255 TDD



March 13, 2007

RICKEY L COLEMAN
1839 S. DRAKE FLOOR #1
CHICAGO, IL 60623

Re: **Layoff due to Budget Cuts**

Dear RICKEY L COLEMAN:

Cook County Government has experienced significant budgetary constraints, which has required staff reductions. To accomplish this, a layoff plan has been prepared and approved in accordance with the Cook County Rules and Regulations and any applicable collective bargaining agreement. We regret to inform you that your position is among those affected. Effective at the close of business on March 16, 2007 you will be laid off.

Included with this letter, is a summary of services from the Illinois Department of Employment Security, summary of employee benefits termination provisions, an Employee Assistance Program (EAP) brochure detailing services that are provided and the Cook County President's Office of Employment Training material. Your final pay check will include unused vacation time.

Reinstatement Rights: The names of career service employees who are laid off shall be placed on appropriate layoff lists for preferential reinstatement, upon written application by the employee, in accordance with Rule 4 (4.031).

Please accept my gratitude on behalf of the County for your valued service.

Sincerely,

Kim David Gilmore
Bureau Chief

cc: Personnel File

Exhibit A