# COUNTY OF COOK

Department of Human Resources
118 North Clark St.
Chicago, Illinois 60602
(312) 443-6091



Job Code: 0050
Salary Grade: 18

## STANDARD JOB DESCRIPTION

### Administrative Assistant IV
(Floor Manager- Juvenile Temporary Detention Center)

#### Job Summary:

Under general supervision of the Assistant Superintendent of the Cook County Juvenile Temporary Detention Center, acts as a floor manager for a particular floor, unit or building as it pertains to overseeing staff members and detained youth. Assists in the formulation and interpretation of policy, sets procedures, investigates personnel and operational problems; recommends appropriate course of action to resolve problems and conflicts. May act as a personal liaison on behalf of the department, in order to bridge issues of common concern between management and supportive operations, as well as with agency workers, visitors and the general public.

#### Typical Duties:

Provides oversight, management and direction relative to the staff and detainees on a particular floor, unit or building in matters pertaining to scheduling duties of Children's Attendants, Supervisors and Recreational Workers; assigns hours worked and duties to be performed.

Ensures that appropriate staffing is maintained in accordance with safety and security standards.

Manages emergencies in accordance with policies, procedures and practices, as they relate to residents and staff members.

Patrols assigned locations by making rounds, in order to ensure safety and security, as well as to monitor residents, staff members and all visitors.

May gather and investigate problems as they relate to resident gang affiliations, drugs and other illegal activities.

Drafts policies and procedures for a particular floor, unit or building; carries out these and other departmental policies, as authorized, with regard to staffing, training and discipline of employees; develops goals and objectives for the efficient operation of unit.

Makes budget recommendations concerning items, equipment and staffing levels needed to effectively monitor the assigned area.

Trains and oversees the training programs of new personnel, in matters pertaining to the management, care and control of residents.

Prepares employee performance reports, in addition to monitoring and controlling the use of overtime by staff.

Responds to grievances for staff and residents, as well as conducts disciplinary hearings.

**Exhibit B**

## Minimum Qualifications:

- Graduation from an accredited college or university with a Bachelor's Degree in Criminal Justice, Social Work, Public Administration or other related field of study, **SUPPLEMENTED BY** at least one year work experience dealing with institutionalized detention, the criminal justice system or law enforcement. An equivalent combination of professionally related academic or vocational training and responsible full-time practical work experience **MAY** be considered.

## Knowledge, Skills, Abilities and Other Characteristics:

Familiarity with the Cook County Juvenile Court System, its services, facilities and the ethical, legal considerations associated with the judicial process, as well as the effect of incarceration upon youth.

Extensive and specialized knowledge and skill in Detention Center Operations is preferable.

Ability to interact and communicate effectively with a variety of individuals on various policy and operational issues.

Ability to plan, assign, supervise and inspect the work of subordinate employees.

Thorough knowledge of how and when to intervene in conflicts and successfully diffuse and control situations.

Must write and speak effectively.

Ability to work under conditions of severe stress, which may include challenges to one's designated rule and responsibilities within the organization.

Accuracy and Proficiency in the use and application of PC software, word processing and other computerized programs to manage and generate information, reports, letters, etc.

Ability to implement and direct programs.

Ability to promote interpersonal skills and behavior with staff and incarcerated youth in accordance with the policies, practices and goals of the Cook County Juvenile Temporary Detention Center.

Excellent communication skills; ability to interact effectively with family members, social agencies, attorneys and others in matters pertaining to the custody of youth.

Ability to work various shifts during the day and night, as well as 7 days a week.

The duties listed are not set forth for purposes of limiting the assignment of work. They are not to be construed as a complete list of the many duties normally to be performed under a job title or those to be performed temporarily outside an employee's normal line of work.

a:\aa4jtdc
9/10/96
ajs