# Office of the Cook County
## Compliance Administrator

221 North LaSalle Street
Suite 455
Chicago, Illinois 60601

Julia M. Nowicki
Compliance Administrator
julianowicki@countyshakman.com

Telephone: 312-386-1532
www.countyshakman.com

Peter A. Monahan
Counsel
pmonahan@countyshakman.com

September 23, 2008

Rickey Coleman
13291 South Eberhart
Chicago, IL 60827
**Claimant ID: 1168**

Dear Mr. Coleman,

This letter and Notice of Determination is in response to the claim you filed with our office pursuant to the Supplemental Relief Order in the matter of Shakman v. Cook County, 69 C 2145. This letter and attached Notice of Determination constitute the Compliance Administrator's final decision regarding your claim.

Our office received 209 claims alleging illegal patronage by Cook County. Of those, 108 claims were found to be compensable. The Compliance Administrator was bound by the Supplemental Relief Order ("SRO") to consider only those claims which occurred during a specified time period and alleged wrongful acts committed by entities covered by the SRO. In general, a finding of no compensation did not necessarily reflect the merits of the allegations. Instead, the majority of the non-compensable claims involved allegations that were found to be either untimely or involved entities or persons outside our consideration.

Should you wish to object to your determination or award, you may obtain an Objection to Notice of Determination form outside our offices at 221 N. LaSalle, Suite 455, Chicago Illinois 60601, or you may download a form from our website at www.countyshakman.com. Objections must be received by the Clerk of the United States District Court, Northern District of Illinois, Everett McKinley Dirksen United States Courthouse, 20th Floor, 219 South Dearborn, Chicago, Illinois, 60604, **on or before October 31, 2008**. Our office is not the proper recipient of the Objection Forms; please file Objection Forms with the Court as described above.

Please understand that in response to filing an Objection, the Compliance Administrator may be required to provide your claim file to the Court and the Court may provide your file to the State's Attorney and that your file may become public.

Awards may be subject to Federal or State taxes and other taxes.

Pursuant to our obligations under the SRO, we are required to notify the State's Attorneys and Plaintiffs' Class Counsel of your award, if any. If your claim becomes the subject of a FOIA (Freedom of Information Act) request by the press or the public, your identity and the amount of your award may become public. Whether you wish to discuss the action of the CA in relation to your claim with the press or others is entirely up to you. You are not required or foreclosed from doing so. You should be aware, however, that you need not discuss your claim or award, even if asked.

Cook County President Todd Stroger has issued an Executive Order prohibiting retaliation against anyone who filed a claim with our office. In addition, the SRO provides that no person may take unlawful retaliatory action against any individual for filing a claim or cooperating with our office. Complainants who wish to recover damages suffered as a result of unlawful retaliation must make a complaint with the Inspector General or file a lawsuit within 120 days after the date on which the Complainant learned, or should have learned, of the unlawful conduct.

The Compliance Administrator requests that you also notify her of any instances of retaliation.

The Office of the Compliance Administrator continues to monitor Cook County Government. If you have any information regarding current or ongoing patronage we urge you to contact the Office of the Inspector General and our office.

We extend our gratitude to you for your participation in this process. The claims process came about in recognition of the grave impact borne by the employees of Cook County as a result of illegal patronage and the essential role County employees play in identifying and ending illegal patronage. We will continue to review any information we receive and urge you to come forward with any information that may assist us.

Julia M. Nowicki
Cook County Compliance Administrator

## NOTICE OF DETERMINATION
## PURSUANT TO THE SUPPLEMENTAL RELIEF ORDER
## IN SHAKMAN v. COOK COUNTY, 69 C 2145

IN THE MATTER OF:

**Claimant Rickey Coleman**
Claimant Identification Number: 1168

It Is So Determined:

Following a review and analysis of the sworn statements in the Claim Form, supporting documentation provided by the claimant, and in some cases, additional information, including, but not limited to, additional statements from the claimant, additional documents discovered by the investigating attorneys, and statements by other employees of Cook County, the Compliance Administrator makes the following determination:

The claim is

__X__    Granted with an award of $ 15,500.00 .
         The award will be sent under separate cover in approximately 30-60 days.

_____    Denied for the following reason(s)

         _____ Claim falls outside of the limitations period provided in the Supplemental Relief Order (August 28, 2004 through February 2, 2007)

         _____ The entity identified does not fall under the jurisdiction of the Cook County Compliance Administrator pursuant to the Supplemental Relief Order

         _____ Insufficient proof of illegal political considerations

         _____ Claimant's position is not covered by the Supplemental Relief Order

Julia M. Nowicki