**Office of the Cook County
Compliance Administrator**

221 North LaSalle Street
Suite 455
Chicago, Illinois 60601

Telephone: 312-386-1532
www.countyshakman.com

Julia M. Nowicki
Compliance Administrator
julianowicki@countyshakman.com

Peter A. Monahan
Counsel
pmonahan@countyshakman.com

December 9, 2008

Rickey Coleman
c/o Atty. John Moran, Jr.
Moran Law Group
309 W. Washington, Suite 900
Chicago, IL 60606

Dear Mr. Coleman:

This letter is in response to the Objection to Notice of Determination that you filed with our office pursuant to the Supplemental Relief Order in the matter of Shakman v. Cook County, 69 C 2145. Please note that the County cannot issue your award check until the Honorable Judge Wayne Andersen has rendered a decision in regards to your objection. However, pursuant to the process outlined in this letter you have the option to withdraw your objection.

The Office of the Compliance Administrator reached an agreement with the County to permit individuals to withdraw their objections. The County will process award checks to those individuals who opt to withdraw. The CA cannot make any guarantees about when these checks will be issued, but it is our understanding that they will be processed shortly after the deadline for withdrawals.

If you choose to withdraw your objection, you must complete the enclosed Withdrawal of Objection to Notice of Determination form or you may download it from our website at www.countyshakman.com. Withdrawals must be received by the Clerk of the United States District Court, Northern District of Illinois, Everett McKinley Dirksen United States Courthouse, 20th Floor, 219 South Dearborn, Chicago, Illinois, 60604, on or before December 24, 2008.

Our office is *not* the proper recipient of the Withdrawal of Objection forms. Please file the form with the Court as described above. Any withdrawals must be filed by the deadline and no extensions will be granted.

Please give us a call should you have any questions or concerns.

Sincerely,

Julia M. Nowicki

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL L. SHAKMAN, PAUL M. LURIE, KENNETH AYERS, ANN M. KING, INDEPENDENT VOTERS OF ILLINOIS-INDEPENDENT PRECINCT ORGANIZATION, MICHAEL SULLIVAN, DARRYN JONES, STUART MAJERCZYK, RICHARD GRAMAROSSA and CONNIE GRAMAROSSA, et al., | ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Case No. 69 C 2145 Judge Wayne R. Andersen |
| COUNTY OF COOK, et al., | ) ) ) | Magistrate Judge Schenkier |
| Defendants. | ) ) | |

WITHDRAWAL OF OBJECTION TO NOTICE OF DETERMINATION

Re:   Claimant Name
      Claim Identification Number

I hereby withdraw my Objection to the Determination of the Compliance Administrator.

_____
Claimant Name