## OFFICE OF THE COOK COUNTY
## COMPLAINT ADMINISTRATOR

If you are a victim of **unlawful political discrimination** in connection with any aspect of government employment with Cook County **after February 2, 2007**, you may seek relief in accordance with the claim and arbitration procedure established by the Supplemental Relief Order (SRO) in *Shakman v. Cook County*, 69 C 2145 (N.D. Ill.) or pursuing a claim under applicable law. This form is to be used to initiate a claim under the SRO. Please file this form with the Cook County Complaint Administrator pursuant to the Agreed Order Appointing Post SRO Complaint Administrator for Cook County.

*Political patronage* can be defined as: the control of or power to make appointments to government jobs, or the power to grant other political favors; the distribution of jobs and favors on a political basis to those who have supported one's party or political campaign or political organization.

**Please submit this form to:**

    Mark J. Vogel
    Complaint Administrator
    69 West Washington Blvd.
    Suite 1416
    Chicago, Illinois 60602
    Telephone: (312) 603-8907

I, _Rickey Coleman_ **(Please Print)**, hereby declare, under penalty of perjury pursuant to the Agreed Order Appointing Post SRO Complaint Administrator for Cook County, and the laws of the United States, as follows:

**Date:** _8/25/2009_

**Address:** _1329/ S. Eberhardt_
              _Chicago, IL. 60827_

**Home Telephone:** (_____)_____

**Cell phone:** _(312) 576-0754_

**Work Telephone:** (_____)_____

**Social Security Number:** _#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_

**Are you a Cook County employee?:** _No_

    If "yes," which **Department:** _Cook County Juvenile Temporary Detention Center_

    If "yes," what is your **job title:** _Administrative Assistant IV_

**Date(s) of Violation(s):** _Feb. 3, 2007_

Page 1 of 4

**Cook County Department(s) or Agency(ies) involved:** _Sheriff_

**Please provide** the name(s), title(s), and position(s) of the individual(s) involved and generally describe their involvement: _Robert Eatchings - Asst Superintendent_

**Please provide** a narrative description of the violation(s) involved:  {*Include as much detail as possible and attach additional pages if necessary*}:

_See attached filing → verified
Statement in response to claim
Administrator of Claimants Richy Coleman_

_____

_____

*Signature of Post-SRO Complainant*

**SUBSCRIBED AND SWORN TO:**

Before me this _25_ day of _August_ , 20_08_

_____

**Notary Public**                                    *Seal of Notary Public*

Page 4 of 4