

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
     CLERK

312-435-5670

August 2, 2011

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois 60604

RE: Coleman v. County of Cook et al

U.S.D.C. DOCKET NO. : 10cv2388

U.S.C.A. DOCKET NO. : 11-2669

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

ELECTRONIC VOLUME(S) OF PLEADING(S)      1

VOLUME(S) OF TRANSCRIPT(S)

VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

                                                             Very truly yours,

                                                             Michael W. Dobbins, Clerk

                                                             By:_____
                                                                 G. Lewis, Deputy Clerk

**I, MICHAEL W. DOBBINS, CLERK** of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, consisting of:

1 Electronic Volume of Pleadings

In the cause entitled: Coleman v. County of Cook et al.

USDC NO.    : 10cv2388

USCA NO.    : 11-2669

                IN TESTIMONY WHEREOF, I hereunto subscribed my name and affixed the seal of the aforesaid Court at Chicago, Illinois, this 2nd day of August 2011.

                MICHAEL W. DOBBINS, CLERK

        By: _____
                G. Lewis, Deputy Clerk

**A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK
By  s/ G. LEWIS
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
DATE: AUGUST 2, 2011**

APPEAL, DENLOW

# United States District Court
# Northern District of Illinois - CM/ECF LIVE, Ver 4.2 (Chicago)
# CIVIL DOCKET FOR CASE #: 1:10-cv-02388
# Internal Use Only

Coleman v. County of Cook et al
Assigned to: Honorable James F. Holderman
Demand: $750,000

Case in other court: 11-02669

Cause: 42:1983 Civil Rights Act

Date Filed: 04/18/2010
Jury Demand: Both
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: Federal Question

**Plaintiff**

**Rickey Coleman**   represented by   **John Thomas Moran**
The Moran Law Group
309 West Washington Blvd.
Suite 900
Chicago, IL 60606-3209
(312) 630-0200
Fax: (312) 630-0203
Email: j.t.moran@moranlawgroup.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew Todd Layman**
The Moran Law Group
309 West Washington
Suite 900
Chicago, IL 60606
312 630 0200
Email: m.layman@moranlawgroup.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**County of Cook**
*a unit of local Government*

represented by **Lisa Marie Meador**
Cook County State's Attorney
500 Richard J. Daley Center
Chicago, IL 60602
(312) 603-4186
Email: Lisa.Meador@cookcountyil.gov
*ATTORNEY TO BE NOTICED*

**Patricia Maria Fallon**
Cook County State's Attorney
500 Richard J. Daley Center
Chicago, IL 60602
(312) 603-7202
Email: pfallon@cookcountygov.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**J. W. Fairman**
*an individual*

represented by **Lisa Marie Meador**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patricia Maria Fallon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kim David Gilmore**
*an individual*

**Defendant**

**Earl Dunlap**
*the Transitional Administrator of the Juvenile Temporary Detention Center*

represented by **Kent Stephen Ray**
Cook County State's Attorney's Office
Conflicts Counsel Unit
69 West Washington Street
Suite 2030
Chicago, IL 60602
(312) 603-1427
Email: kent.ray@cookcountyil.gov
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Patrick Stephen Smith**
Cook County States Attorney's Office
Daley Ctr.
500 Richard J. Daley Center
Chicago, IL 60602
(312) 603-1422
Email: patrick.smith@cookcountyil.gov
*ATTORNEY TO BE NOTICED*

**Thomas E. Cargie**
Cook County States Attorney's Office
Daley Ctr.
500 Richard J. Daley Center
Chicago, IL 60602
(312) 603 4553
Email: tcargie@cookcountygov.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Chief Judge of the Circuit Court of Cook County, Illinois**
*in his capacity as Superintendent of the Juvenile Temporary Detention Center*
*TERMINATED: 12/09/2010*

represented by **Kent Stephen Ray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick Stephen Smith**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/18/2010 | 1 | COMPLAINT filed by RICKEY COLEMAN; Jury Demand. Filing fee $ 350, receipt number 0752-4724284. (Attachments: # 1 Exhibit, # 2 Exhibit)(Moran, John) (Entered: 04/18/2010) |
| 04/18/2010 | 2 | CIVIL Cover Sheet (Moran, John) (Entered: 04/18/2010) |
| 04/18/2010 | 3 | ATTORNEY Appearance for Plaintiff RICKEY COLEMAN by John Thomas Moran (Moran, John) (Entered: 04/18/2010) |
| 04/19/2010 | | CASE ASSIGNED to the Honorable Samuel Der-Yeghiayan. Designated as |

| | | |
|---|---|---|
| | | Magistrate Judge the Honorable Morton Denlow. (lcw, ) (Entered: 04/19/2010) |
| 04/22/2010 | 4 | AMENDED complaint by Rickey Coleman against County of Cook, J. W. Fairman, KIM DAVID GILMORE (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Moran, John) (Entered: 04/22/2010) |
| 06/29/2010 | 5 | ATTORNEY Appearance for Defendants County of Cook, J. W. Fairman by Lisa Marie Meador (Meador, Lisa) (Entered: 06/29/2010) |
| 06/29/2010 | 6 | MOTION by Defendants County of Cook, J. W. Fairman for extension of time *to answer or otherwise plead* (Meador, Lisa) (Entered: 06/29/2010) |
| 06/29/2010 | 7 | NOTICE of Motion by Lisa Marie Meador for presentment of extension of time 6 before Honorable Samuel Der-Yeghiayan on 7/6/2010 at 09:00 AM. (Meador, Lisa) (Entered: 06/29/2010) |
| 07/01/2010 | 8 | MINUTE entry before Honorable Samuel Der-Yeghiayan: Defendants County of Cook and J.W. Fairman's motion for extension of time to answer or otherwise plead 6 is granted to and including 08/02/10. Noticed motion date set for 07/06/10 is stricken. Initial status hearing set for 08/10/10 at 9:00 a.m. At least four working days before the initial status hearing, the parties shall conduct a FRCP 26(f) conference and file a joint written Initial Status Report, not to exceed five pages in length, and file the Court's Joint Jurisdictional Status Report and deliver courtesy copies to this Court's Courtroom Deputy in Room 1906. The Court's standing orders on the Initial Status Report and Joint Jurisdictional Status Report maybe obtained from Judge Der-Yeghiayan's web page or from this Court's Courtroom Deputy. Counsel for the Plaintiff is warned that failure to serve summons and complaint on Defendants will result in a dismissal of the action and/or a dismissal of that Defendant not properly served pursuant to FRCP 4. Counsel for Plaintiff is further directed to file with the Clerk of Court, the appropriate returns of service or waivers of service. Mailed notice (mw, ) (Entered: 07/01/2010) |
| 07/06/2010 | | SUMMONS Issued as to Defendant Kim David Gilmore. (vcf, ) (Entered: 07/06/2010) |
| 07/20/2010 | 9 | WAIVER OF SERVICE returned executed by Rickey Coleman. County of Cook waiver sent on 5/14/2010, answer due 7/13/2010. (Moran, John) (Entered: 07/20/2010) |
| 07/20/2010 | 10 | WAIVER OF SERVICE returned executed by Rickey Coleman. J. W. Fairman waiver sent on 5/14/2010, answer due 7/13/2010. (Moran, John) (Entered: 07/20/2010) |
| 07/21/2010 | 11 | MOTION by Plaintiff Rickey Coleman to amend/correct *Complaint to Add Necessary Parties* (Moran, John) (Entered: 07/21/2010) |
| 07/21/2010 | 12 | NOTICE of Motion by John Thomas Moran for presentment of motion to amend/correct 11 before Honorable Samuel Der-Yeghiayan on 7/28/2010 at |

| | | |
|---|---|---|
| | | 09:00 AM. (Moran, John) (Entered: 07/21/2010) |
| 07/21/2010 | 13 | ATTORNEY Appearance for Plaintiff Rickey Coleman by Matthew Todd Layman (Layman, Matthew) (Entered: 07/21/2010) |
| 07/27/2010 | 14 | MINUTE entry before Honorable Samuel Der-Yeghiayan: Plaintiff's motion to amend/correct complaint to add necessary parties 11 is granted. Plaintiff is given leave until 08/03/10 to file an amended complaint. Counsel for the Plaintiff is warned that failure to serve summons and complaint on all Defendants will result in a dismissal of the action and/or a dismissal of that Defendant not properly served pursuant to FRCP 4. Counsel for Plaintiff is further directed to file with the Clerk of Court, the appropriate returns of service or waivers of service. Status hearing reset to 09/07/10 at 9:00 a.m. Noticed motion date of 07/28/10 and status hearing date of 08/10/10 are stricken. Mailed notice (mw, ) (Entered: 07/27/2010) |
| 07/27/2010 | 15 | *SECOND* AMENDED complaint by Rickey Coleman against County of Cook, J. W. Fairman, Kim David Gilmore (Moran, John) (Entered: 07/27/2010) |
| 07/27/2010 | | SUMMONS Issued as to Defendant Earl Dunlap. (kjd, ) (Entered: 07/27/2010) |
| 07/28/2010 | | SUMMONS Issued as to Defendant Chief Judge of the Circuit Court of Cook County, Illinois. (kjd, ) (Entered: 07/28/2010) |
| 07/28/2010 | 16 | ATTORNEY Appearance for Defendants County of Cook, J. W. Fairman by Patricia Maria Fallon (Fallon, Patricia) (Entered: 07/28/2010) |
| 08/10/2010 | 17 | ATTORNEY Appearance for Defendants Chief Judge of the Circuit Court of Cook County, Illinois, Earl Dunlap by Kent Stephen Ray (Ray, Kent) (Entered: 08/10/2010) |
| 08/10/2010 | 18 | ATTORNEY Appearance for Defendants Chief Judge of the Circuit Court of Cook County, Illinois, Earl Dunlap by Patrick Stephen Smith (Smith, Patrick) (Entered: 08/10/2010) |
| 08/10/2010 | 19 | MOTION by Defendants County of Cook, J. W. Fairman for extension of time to file answer *or otherwise plead* (Fallon, Patricia) (Entered: 08/10/2010) |
| 08/10/2010 | 20 | NOTICE of Motion by Patricia Maria Fallon for presentment of motion for extension of time to file answer 19 before Honorable Samuel Der-Yeghiayan on 8/17/2010 at 09:00 AM. (Fallon, Patricia) (Entered: 08/10/2010) |
| 08/17/2010 | 21 | MINUTE entry before Honorable Samuel Der-Yeghiayan: Defendants County of Cook and J. W. Fairman's motion for extension of time to answer or otherwise plead 19 is granted to and including 08/31/10 as to all Defendants. Status hearing set for 09/07/10 at 9:00 a.m. to stand. As previously ordered, parties are directed to file the Court's Joint Initial Status Report prior to the 09/07/10 status hearing. Mailed notice (mw, ) (Entered: |

|            |    |                                                                                                                                                                                                                                                                                                                 |
|------------|----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | 08/17/2010)                                                                                                                                                                                                                                                                                                     |
| 08/31/2010 | 22 | MOTION by Defendants J. W. Fairman, County of Cook to dismiss (Attachments: # 1 Exhibit #A, # 2 Exhibit #B, # 3 Exhibit #C)(Fallon, Patricia) (Entered: 08/31/2010)                                                                                                                                             |
| 08/31/2010 | 23 | NOTICE by County of Cook, J. W. Fairman re MOTION by Defendants J. W. Fairman, County of Cook to dismiss 22 (Fallon, Patricia) (Entered: 08/31/2010)                                                                                                                                                            |
| 08/31/2010 | 24 | MOTION by Defendants Chief Judge of the Circuit Court of Cook County, Illinois, Earl Dunlap to dismiss *Plaintiff's Second Amended Complaint* (Ray, Kent) (Entered: 08/31/2010)                                                                                                                                 |
| 08/31/2010 | 25 | MEMORANDUM by Chief Judge of the Circuit Court of Cook County, Illinois, Earl Dunlap in support of motion to dismiss 24 *Plaintiff's Second Amended Complaint* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)(Ray, Kent) (Entered: 08/31/2010) |
| 08/31/2010 | 26 | NOTICE by Chief Judge of the Circuit Court of Cook County, Illinois, Earl Dunlap re memorandum in support of motion, 25 , MOTION by Defendants Chief Judge of the Circuit Court of Cook County, Illinois, Earl Dunlap to dismiss *Plaintiff's Second Amended Complaint* 24 (Ray, Kent) (Entered: 08/31/2010)    |
| 09/02/2010 | 27 | Joint Initial Status Report by Chief Judge of the Circuit Court of Cook County, Illinois, Earl Dunlap (Ray, Kent) (Entered: 09/02/2010)                                                                                                                                                                         |
| 09/02/2010 | 28 | NOTICE by Chief Judge of the Circuit Court of Cook County, Illinois, Earl Dunlap re other 27 (Ray, Kent) (Entered: 09/02/2010)                                                                                                                                                                                  |
| 09/02/2010 | 29 | MINUTE entry before Honorable Samuel Der-Yeghiayan: Status hearing set for 09/07/10 is stricken. Mailed notice (mw, ) (Entered: 09/02/2010)                                                                                                                                                                     |
| 09/02/2010 | 30 | EXECUTIVE COMMITTEE ORDER: Case reassigned to the Honorable James F. Holderman for all further proceedings in accordance with the provisions of Rule 13 of the Internal Operating Procedures of this Court. Signed by Executive Committee on 9/2/2010. (ph, ) (Entered: 09/07/2010)                             |
| 09/14/2010 | 31 | MINUTE entry before Honorable James F. Holderman: Status hearing set for 9/21/2010 at 9:00 AM. Mailed notice (am) (Entered: 09/14/2010)                                                                                                                                                                         |
| 09/21/2010 | 32 | MINUTE entry before Honorable James F. Holderman: Status hearing held on 9/21/2010. On defendants J.W. Fairman, County of Cook's motion to dismiss 24 and defendants Chief Judge of the Circuit Court of Cook County, Illinois, Earl Dunlap's motion to dismiss plaintiff's second amended complaint 22 , plaintiffs' responses due by 10/14/2010. Defendants' replies due by 10/28/2010. Mailed notice (am) (Entered: 09/23/2010) |
| 10/06/2010 | 33 | MOTION by Plaintiff Rickey Coleman for extension of time to file response/reply *to defendants' motions to dismiss* (Moran, John) (Entered:                                                                                                                                                                     |

| | | |
|---|---|---|
| | | 10/06/2010) |
| 10/06/2010 | 34 | NOTICE of Motion by John Thomas Moran for presentment of motion for extension of time to file response/reply 33 before Honorable James F. Holderman on 10/14/2010 at 09:00 AM. (Moran, John) (Entered: 10/06/2010) |
| 10/13/2010 | 35 | MINUTE entry before Honorable James F. Holderman: Plaintiff's unopposed motion to extend time to respond to the pending motions to dismiss 33 is granted. On defendants motions to dismiss 24 22 , responses due by 10/21/2010; replies due by 11/4/2010. The Court to rule electronically and will set further dates at the time of ruling. Mailed notice (am) (Entered: 10/13/2010) |
| 10/21/2010 | 36 | RESPONSE by Rickey Colemanin Opposition to MOTION by Defendants J. W. Fairman, County of Cook to dismiss 22 , MOTION by Defendants Chief Judge of the Circuit Court of Cook County, Illinois, Earl Dunlap to dismiss *Plaintiff's Second Amended Complaint* 24 (Attachments: # 1 Exhibit, # 2 Exhibit)(Moran, John) (Entered: 10/21/2010) |
| 10/21/2010 | 37 | MOTION by Plaintiff Rickey Coleman for leave to file excess pages (Moran, John) (Entered: 10/21/2010) |
| 10/21/2010 | 38 | NOTICE of Motion by John Thomas Moran for presentment of motion for leave to file excess pages 37 before Honorable James F. Holderman on 10/28/2010 at 09:00 AM. (Moran, John) (Entered: 10/21/2010) |
| 10/28/2010 | 39 | MINUTE entry before Honorable James F. Holderman: Plaintiff's motion for leave to file a combined request of seventeen pages 37 is granted. Mailed notice (am) (Entered: 10/29/2010) |
| 11/04/2010 | 40 | REPLY by Defendants County of Cook, J. W. Fairman *in Support of their Motion to Dismiss* (Fallon, Patricia) (Entered: 11/04/2010) |
| 11/04/2010 | 41 | NOTICE by County of Cook, J. W. Fairman re reply 40 (Fallon, Patricia) (Entered: 11/04/2010) |
| 11/04/2010 | 42 | REPLY by Defendants Chief Judge of the Circuit Court of Cook County, Illinois, Earl Dunlap *Brief in Support of Earl Dunlap and the Chief Judge of the Circuit Court of Cook County's Motion to Dismiss* (Ray, Kent) (Entered: 11/04/2010) |
| 11/04/2010 | 43 | NOTICE by Chief Judge of the Circuit Court of Cook County, Illinois, Earl Dunlap re reply 42 (Ray, Kent) (Entered: 11/04/2010) |
| 11/11/2010 | 44 | SUR-REPLY by Plaintiff Rickey Coleman to reply 40 , reply 42 *SUR RESPONSE* (Attachments: # 1 Exhibit)(Moran, John) (Entered: 11/12/2010) |
| 11/12/2010 | 45 | NOTICE of Motion by John Thomas Moran for presentment of before Honorable James F. Holderman on 11/23/2010 at 09:00 AM. (Moran, John) (Entered: 11/12/2010) |

| | | |
|---|---|---|
| 11/23/2010 | 46 | MINUTE entry before Honorable James F. Holderman: Plaintiff's motion for leave to file sur-response 44 is granted; defendant's final reply is due by 12/3/2010. Mailed notice (am) (Entered: 11/24/2010) |
| 12/03/2010 | 47 | SUR-REPLY by Defendant Earl Dunlap *Brief in Support of Earl Dunlap's Motion to Dismiss* (Ray, Kent) (Entered: 12/03/2010) |
| 12/03/2010 | 48 | NOTICE by Earl Dunlap re sur-reply 47 (Ray, Kent) (Entered: 12/03/2010) |
| 12/07/2010 | 49 | STIPULATION of Dismissal (Ray, Kent) (Entered: 12/07/2010) |
| 12/07/2010 | 50 | NOTICE by Chief Judge of the Circuit Court of Cook County, Illinois re stipulation of dismissal 49 (Ray, Kent) (Entered: 12/07/2010) |
| 12/09/2010 | 51 | MINUTE entry before Honorable James F. Holderman:By stipulation of the parties, plaintiff's claims against defendant Chief Judge of the Circuit Court of Cook County, Illinois are dismissed without prejudice and without costs. Defendant Chief Judge of the Circuit Court of Cook County's motion to dismiss plaintiff's second amended complaint is withdrawn. Chief Judge of the Circuit Court of Cook County, Illinois terminated. Mailed notice (am) (Entered: 12/09/2010) |
| 01/31/2011 | 52 | NOTICE by Lisa Marie Meador of Change of Address *-email address* (Meador, Lisa) (Entered: 01/31/2011) |
| 02/01/2011 | 53 | NOTICE by Lisa Marie Meador of Change of Address *-email address amended* (Meador, Lisa) (Entered: 02/01/2011) |
| 06/22/2011 | 54 | MINUTE entry before Honorable James F. Holderman: ENTER MEMORANDUM OPINION AND ORDER: The "County Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint" 22 and the "Motion of Defendants Earl Dunlap and The Chief Judge of the Circuit Court of Cook County, Illinois to Dismiss Plaintiff's Second Amended Complaint" 24 are both granted in part and denied in part. Plaintiff Rickey Coleman's Shakman claim (Count I) is dismissed with prejudice in part pursuant to the doctrine of res judicata, to the extent Count I is based on Coleman's March 16, 2007 termination. To the extent Count I is based on Coleman's failure to rehire allegations, Count I remains pending against defendants Cook County and Earl Dunlap. Colemans § 1983 claim (Count II) is dismissed with prejudice as alleged against defendants J. W. Fairman and Earl Dunlap, in their individual capacities, and is dismissed without prejudice as alleged against Cook County. Coleman is granted leave to file a Third Amended Complaint consistent with this order on or before 7/8/2011, amending his Monell claim against Cook County, should he desire to do so. Defendants' answers are due 7/22/2011. Status hearing set for 8/11/2011 at 9:00 a.m. for purposes of scheduling further dates in this case. Mailed notice (am) (Entered: 06/22/2011) |
| 06/22/2011 | 55 | Memorandum Opinion and Order. Signed by the Honorable James F. |

| | | |
|---|---|---|
| | | Holderman on 6/22/2011: Mailed notice (am) (Entered: 06/22/2011) |
| 07/07/2011 | 56 | MOTION by Plaintiff Rickey Coleman for extension of time to amend *Complaint (Unopposed)* (Moran, John) (Entered: 07/07/2011) |
| 07/07/2011 | 57 | NOTICE of Motion by John Thomas Moran for presentment of motion for extension of time to amend 56 before Honorable James F. Holderman on 7/12/2011 at 09:00 AM. (Moran, John) (Entered: 07/07/2011) |
| 07/11/2011 | 58 | MINUTE entry before Honorable James F. Holderman: Plaintiff's unopposed motion to extend time to file a Third Amended Complaint 56 is granted. Plaintiff's Third Amended Complaint is due July 15, 2011; defendants are given until 8/1/2011 to answer the Third Amended Complaint. Parties are to confer and file a completed Form 52 on or before 8/9/2011. Status hearing remains set for 8/11/2011 at 9:00 AM for entry of scheduling order. Mailed notice (am) (Entered: 07/11/2011) |
| 07/12/2011 | 59 | MINUTE entry before Honorable James F. Holderman: By agreement of the parties, plaintiff is given until 7/20/2011 to file a Third Amended Complaint; defendants are given until 8/5/2011 to answer the Third Amended Complaint. Parties to file completed Form 52 on or before 8/9/2011. Status hearing remains set for 8/11/2011 at 9:00 for entry of scheduling order. Mailed notice (am) (Entered: 07/12/2011) |
| 07/20/2011 | 60 | MOTION by Defendant Earl Dunlap to stay *proceedings as to defendant Dunlap pending resolution of interlocutory appeal* (Ray, Kent) (Entered: 07/20/2011) |
| 07/20/2011 | 61 | NOTICE of Motion by Kent Stephen Ray for presentment of motion to stay 60 before Honorable James F. Holderman on 7/28/2011 at 09:00 AM. (Ray, Kent) (Entered: 07/20/2011) |
| 07/20/2011 | 62 | AMENDED *COMPLAINT (THIRD)* (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit)(Moran, John) (Entered: 07/20/2011) |
| 07/20/2011 | 63 | NOTICE of appeal by Earl Dunlap regarding orders 55 (Ray, Kent) (Entered: 07/20/2011) |
| 07/20/2011 | 64 | NOTICE by Earl Dunlap re notice of appeal 63 (Ray, Kent) (Entered: 07/20/2011) |
| 07/20/2011 | 65 | MOTION by Plaintiff Rickey Coleman to alter judgment (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(Moran, John) (Entered: 07/20/2011) |
| 07/20/2011 | 66 | NOTICE of Motion by John Thomas Moran for presentment of motion to alter judgment 65 before Honorable James F. Holderman on 7/28/2011 at 09:00 AM. (Moran, John) (Entered: 07/20/2011) |
| 07/21/2011 | 67 | NOTICE of Appeal Due letter sent to counsel of record. (gel, ) (Entered: 07/21/2011) |

| | | |
|---|---|---|
| 07/21/2011 | 68 | TRANSMITTED to the 7th Circuit the short record on notice of appeal 63 . Notified counsel (gel, ) (Entered: 07/21/2011) |
| 07/21/2011 | 69 | EXHIBIT TO R. 59 MOTION by Rickey Coleman *Exhibit D* (Moran, John) (Entered: 07/21/2011) |
| 07/21/2011 | 70 | ACKNOWLEDGEMENT of receipt of short record on appeal regarding notice of appeal 63 ; USCA Case No. 11-2669. (mr, ) (Entered: 07/22/2011) |
| 07/21/2011 | 71 | CIRCUIT Rule 3(b) Notice. (mr, ) (Entered: 07/22/2011) |
| 07/21/2011 | 72 | (Court only) RECEIPT regarding payment of Appellate filing fee paid on 7/21/2011 in the amount of $455.00, receipt number 4624063951. (gel, ) (Entered: 07/26/2011) |
| 07/26/2011 | 73 | ATTORNEY Appearance for Defendant Earl Dunlap by Thomas E. Cargie (Cargie, Thomas) (Entered: 07/26/2011) |
| 07/26/2011 | 74 | RESPONSE by Rickey Colemanin Opposition to MOTION by Defendant Earl Dunlap to stay *proceedings as to defendant Dunlap pending resolution of interlocutory appeal* 60 (Moran, John) (Entered: 07/26/2011) |
| 07/28/2011 | 75 | MINUTE entry before Honorable James F. Holderman: Motion hearing held on 7/28/2011. On defendant Earl Dunlap's motion to stay proceedings as to defendant Dunlap pending resolution of interlocutory appeal 60 , reply due by 8/4/2011. On plaintiff's motion to alter or amend judgment 65 , responses due by 8/11/2011; reply due by 8/18/2011. The Court to rule electronically and will set further dates at the time of ruling. The dates set in the Court minute entry dated 7/12/2011 are stricken. Mailed notice (am) (Entered: 07/29/2011) |
| 08/02/2011 | 76 | SEVENTH CIRCUIT transcript information sheet by Earl Dunlap (Cargie, Thomas) (Entered: 08/02/2011) |
| 08/02/2011 | 77 | DESIGNATION by Earl Dunlap of record on appeal : USCA Case No. 11-2699 (Cargie, Thomas) (Entered: 08/02/2011) |
| 08/02/2011 | 78 | NOTICE by Earl Dunlap re 7th circuit transcript information sheet 76 , designation of record on appeal 77 (Cargie, Thomas) (Entered: 08/02/2011) |

**KEY**

**All items are included in this record.**