**TO THE UNITED STATES COURT OF APPEALS
FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| RICKEY COLEMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:10-CV-02388 |
| v. | ) | |
| | ) | Chief Judge James F. Holderman |
| COUNTY OF COOK, a unit of local | ) | |
| Government; J.W. FAIRMAN, an individual, | ) | Magistrate Judge Daniel Martin |
| KIM DAVID GILMORE, an individual, the | ) | |
| CHIEF JUDGE OF THE CIRCUIT COURT OF | ) | |
| COOK COUNTY, ILLINOIS in his capacity as | ) | |
| Superintendent of the Juvenile Temporary | ) | |
| Detention Center, and EARL DUNLAP, the | ) | |
| Transitional Administrator of the Juvenile | ) | |
| Temporary Detention Center, | ) | Plaintiff Demands Trial by Jury. |
| | ) | |
| Defendants. | ) | |

**NOTICE OF APPEAL**

Notice is hereby given that Rickey Coleman, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the order granting Defendant's motion for summary judgment disposing of his remaining claims, entered in the United States District Court, Northern District of Illinois, on May 6, 2014, and from the court's orders and rulings on all earlier pretrial motions of defendants, including but not limited to the order of June 22, 2011.

Dated: May 28, 2014

Moran Law Group
309 West Washington
Suite 900
Chicago, IL 60606
(312) 630-0200